

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

FILED

SEP  6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 05-0217 LJO |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| VICTOR RAUL SUAREZ, JR., | ) | |
| Defendant. | ) | |

Having considered the government's application to unseal the arrest warrant, criminal complaint and affidavit in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant, criminal complaint and affidavit submitted in support of the criminal complaint shall be UNSEALED.

Dated: September 6, 2005

_____
LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1