UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>VICTOR SUAREZ, et al.,<br>    Defendants.<br>_____/ | CR 05-315 OWW<br><br>EX PARTE REQUEST TO EXONERATE<br><u>BOND AND RETURN PASSPORT</u> |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that the $100,000 unsecured bond in this matter is exonerated and the clerk of the court is ordered to return defendant's passport.

IT IS SO ORDERED.

**Dated:   September 18, 2007**          /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE